# EVELYN WILSON

November 24, 2017

**To Whom It May Concern,**

I am writing to advocate for Joseph Caruso's release as he awaits trial. Joe is a good man. He is devoted to his family and loved ones and we are devoted to him because we have seen his kindness, patience, loyalty, and strength of character day after day. I am committed to financially supporting Joe during his release. I am the Director of Development at a local nonprofit and my salary is $75,000 a year. I have a very secure position. My supervisor has nothing but positive things to say about my work and has asked me to let her know if I am ever unhappy because she does not want me to go anywhere else. I can confidently make this commitment. I am willing and able to cover all of Joe's expenses. The condo we live in is paid off. My salary is more than enough for two adults to live on. His parents have also agreed to offer any financial support Joe might need including taking him into their home if needed. Joe has demonstrated to me over and over again, the quality of person he is and I will be there for him and support him in every positive and healthy way possible.

One of the first things you learn about Joe when you get to know him is how much he loves his son. I have never seen a more loving father. Joe has Kayden, his three year old son, two to three days every week and Kayden adores his father. Joe constantly hugs Kayden and tells him that he loves him. He is very gentle and patient with him and uses positive reinforcement to coach him rather than yelling or punishment. Every time he picks up Kayden for visits, he takes him to the grocery store to buy special food for him and buys him some small inexpensive toy. He takes his son to the park, to play in the fountains when it is hot, to museums, to water parks, to the trampoline park, to play areas. He reads to him at night, does puzzles with him and plays with him. He has all of Kayden's favorite movies. Kayden hugs and snuggles with Joe all the time. Joe holds Kayden until he falls asleep at night. Whenever Kayden gets scared at night, Joe soothes him and holds him until he goes back to sleep. He would do anything to be able to spend time with his son. That is the kind of father Joe is.

In order to see Kayden, Joe has agreed to be randomly drug tested 2 times a month as part of his custody arrangement. There have been times when Joe and I were several hours away visiting friends when he got the call to come in for the test. Joe would drop everything and rush back home to the clinic to ensure he did not miss it. He cares about seeing Kayden so much that he agreed to pay for the tests himself even though they are costly. He will abide by any restrictions the court puts on him in order to see his son. He has already demonstrated his ability to do so in the past and I know that he will do what is asked of him in order to continue to see Kayden during his release.

Joe is not a danger to the community. He is someone who has the strength of character to do what the court asks of him without question. I will be there support him and offer my strength and encouragement every step of the way and I know that his parents will be there too. Please allow him

Exhibit A

to go home. His son needs him. He is used to seeing him regularly and if you could see the way they are together you would understand just how strong their bond is. It would be devastating to Kayden if he did not see his father. To keep Joe from his son would cause irreparable harm to Kayden who loves his father dearly. Kayden is an incredibly happy child. He is warm and friendly with everyone. It would be a terrible thing to keep Kayden from his father at such a formative age. At this age children are not able to tell the difference between their father being gone or dead. Kayden would psychologically believe that his father is dead. This would permanently damage him. Joe has not been convicted of any crimes. Please do not keep Kayden from seeing his father when Joe has not yet had a chance to appear in court to defend himself. His parents and I will do whatever it takes to support Joe and ensure he abides by all restrictions placed on him.

Our support comes from a place of love, respect and admiration of Joe and all that he has accomplished and all that he contributes as a family member and partner. Joe is a man who put himself though college while working a full-time job. He volunteers at nonprofits. There is not enough time or space to elaborate on all of Joe's amazing qualities, but please know that he could not be more loved or more precious to anyone. I know that Joe is not a danger to the community but if there is any doubt, please know that I will do whatever it takes to ensure that it is not possible for any harm to come to anyone in our community by him or anyone else in my home. I have always lived my life with integrity. I've done nonprofit work to support low-income women and families for over 10 years including working in war-torn countries in Africa. I have the fortitude to make this commitment and stand by it.

Please consider Joe's attachment to his child and how that has been such a strong motivation for him to abide by court orders in the past. He loves his son so much and I know he will be a model citizen during his release. He will not need income of any kind because he will have all of the financial support he needs from myself and his parents. Moreover, he will have our unwavering emotional and moral support as he navigates this difficult time.

Thank you for taking the time to read this.


With deepest hope for a positive outcome,

,

Evelyn Wilson