FILED 29 NOV '17 14:22 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-CR-00425-BR |
| v. | **INDICTMENT** |
| JOSEPH RICHARD CARUSO, | 21 U.S.C. §§ 841(a)(1), 846, 952 and 960 |
| Defendant. | **Forfeiture Allegation** |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Attempted Possession with the Intent to Distribute a Controlled Substance)**
**(21 U.S.C. §§ 841(a)(1) and 846)**

On or about November 21, 2017, within the District of Oregon, defendant **JOSEPH RICHARD CARUSO**, did knowingly and intentionally attempt to possess with the intent to distribute Cyclopropylfentanyl, a Schedule I controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 846.

///

///

///

Revised 03/2017

## COUNT 2
### (Unlawful Importation of a Controlled Substance)
### (21 U.S.C. §§ 952 and 960)

On or about November 19, 2017, within the District of Oregon, defendant **JOSEPH RICHARD CARUSO**, did intentionally and knowingly import into the United States, from a place outside thereof, to-wit: China, Cyclopropylfentanyl, a Schedule I controlled Substance; In violation of Title 21, United States Code, Sections 952 and 960.

### FORFEITURE ALLEGATION

Upon conviction of an offense listed in Count 1 and/or Count 2, defendant **JOSEPH RICHARD CARUSO** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations.

Dated this 29th day of November 2017.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

INDICTMENT                                                                 Page 2