BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
SCOTT M. KERIN, OSB #965128
Scott.Kerin@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:    503-727-1000
Facsimile:    503-727-1117

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH RICHARD CARUSO,<br><br>Defendant. | 3:17-cr-00425-BR<br><br>UNOPPOSED MOTION FOR ENTRY OF A STIPULATED ORDER FOR AN INTERLOCUTORY SALE OF BITCOIN, BITCOIN CASH, ETHEREUM AND LITECOIN SEIZED FROM DEFENDANT JOSEPH RICHARD CARUSO |

The United States of America, by and through its counsel, Billy J. Williams, United States Attorney for the District of Oregon, and Scott M. Kerin, Assistant United States Attorney, respectfully moves this court for Entry of a Stipulated Order for an interlocutory sale of Bitcoin, Bitcoin cash, Ethereum and Litecoin, seized from defendant Joseph Richard Caruso.

Pursuant to Local Rule 7-1(a)(1), the government has contacted and conferred with counsel for the defendant, Conor Huseby, regarding the Interlocutory Sale of the virtual currency seized from Defendant and there is no objection to this Motion.

The parties request that the virtual currency seized from Defendant be sold by Homeland Security Investigations (HSI), and the proceeds of the sale be distributed in the following order:

1. Homeland Security Investigations (HSI) and/or United States Customs and Border Protection shall be compensated for all costs, including processing, selling and/or exchanging this virtual currency.

2. The remainder shall be ultimately deposited in the United States Treasury Seized Deposit Fund and substituted in all respects for the virtual currency in this criminal action, as the substitute *res*.

WHEREFORE, the United States moves this Court for Entry of a Stipulated Order for an interlocutory sale of Bitcoin, Bitcoin cash, Ethereum and Litecoin, seized from defendant Joseph Richard Caruso.

DATED this 5th day of December 2017.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Scott M. Kerin*
SCOTT M. KERIN
Assistant United States Attorney