Conor Huseby, OSB #06373
Office of the Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
conor_huseby@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:17-CR-00425-BR |
| Plaintiff, | |
| v. | MOTION FOR LEAVE TO FILE TWO DOCUMENTS UNDER SEAL |
| JOSEPH RICHARD CARUSO, | |
| Defendant. | |

Defendant, Joseph Richard Caruso, through counsel, Conor Huseby, moves the Court for leave to file his two documents under seal because it contains information that should not be filed in the public record.

Respectfully submitted on July 11, 2019.

                                                                               */s/ Conor Huseby*
                                                                               Conor Huseby
                                                                               Attorney for Defendant